**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2876 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 49 DB 2022 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 209046 |
| JOHN WILLIAM EDDY, | : | |
| | : | |
| Respondent | : | (Fayette County) |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and John William Eddy is suspended from the Bar of this Commonwealth for three years. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).